UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| CHRISTOPHER CONTI, | Case No. 2:15-cv-02429-GMN-PAL |
| Plaintiff, | ORDER |
| v. | |
| EQUIFAX, INC., et al. | |
| Defendants. | |

Before the court is the Notice of Settlement between Plaintiff and Defendant Experian Information Solutions, Inc. (Dkt. #13) filed May 19, 2016.  The notice requests 30 days to submit settlement documents.

**IT IS ORDERED** that that Plaintiff and Defendant Experian Information Solutions, Inc. shall have until **June 20, 2016,** to either file a stipulation to dismiss, or a joint status report with the court advising when the stipulation will be filed.

DATED this 27th day of May, 2016.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE